■ BATES ADVERTISING USA, INC., Respondent, v 498 SEVENTH, LLC, Appellant. [783 NYS2d 896]—Orders, Supreme Court,

New York County (Herman Cahn, J.), entered March 2, 2004 and April 22, 2004, unanimously affirmed for the reasons stated by Cahn, J., with costs and disbursements. No opinion. Concur—Nardelli, J.P., Saxe, Ellerin, Gonzalez and Catterson, JJ.